FILED

12/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0560

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
Cause No. DA 23-0560

LAURA MARIE OBERT,

Plaintiff and Appellant,

v.

STATE OF MONTANA,
MARTIN LAMBERT, Special
Assistant Montana Attorney
General and Special Broadwater
County Attorney, and
CORY SWANSON,
Broadwater County Attorney,

Defendant and Appellee.

On Appeal from Montana First Judicial District Court, Lewis & Clark County
Cause No. BDV 2022-245, Hon. Michael F. McMahon, District Court Judge

**GRANT OF UNOPPOSED EXTENSION OF TIME**

Pursuant to the authority granted under Rule 26, M.R.App.P., Appellant's

Unopposed Motion for Extension of Time is granted. Appellant may file and serve

her opening brief in this matter on or before January 17, 2024.

Dated this _____ day of December, 2023.

_____
Clerk of Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 11 2023